# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BRITTANY A. WALTERS AND** | * | **CIVIL ACTION NO.** |
| **HUNTER TULLIER** | * | |
| | * | **DISTRICT JUDGE** |
| **VERSUS** | * | |
| | * | |
| **HOMERO D. GOMEZ, FORZA** | * | **MAGISTRATE JUDGE** |
| **TRANSPORTATION SERVICES,** | * | |
| **INC. AND KNIGHT SPECIALTY,** | * | **JURY DEMAND** |
| **INSURANCE COMPANY** | * | |
| ************************************** | | |

## NOTICE OF REMOVAL

**NOW INTO COURT**, through undersigned counsel, come Defendant, Homero D. Gomez, Forza Transportation Services, Inc., and Knight Specialty Insurance Company, who respectfully aver as follows:

1.

On or about October 26, 2020, Plaintiffs, Brittany A. Walters and Hunter Tullier, filed a Petition for Damages in the 21st Judicial District Court for the Parish of Livingston, State of Louisiana, naming Homero D. Gomez, Forza Transportation Services, Inc. and Knight Specialty Insurance Company as Defendants. That suit bears docket number 1684040, was assigned to Section "D", and is captioned *Brittany A. Walters and Hunter Tullier v. Homero D. Gomez, Forza Transportation Service and Knight Specialty*

*Insurance Company"*.  A copy of said Petition for Damages is attached hereto as Exhibit "A".

2.

Service of the Petition for Damages was requested upon Homero Gomez via the Louisiana Long Arm statute, and Gomez was served on or about November 10, 2020.

3.

Service was requested upon Forza Transportation Services, Inc. via the Louisiana Long Arm Statute, and Forza Transportation Service, Inc. was served on or about November 10, 2020.

4.

Service was requested upon Knight Specialty Insurance Company through the Louisiana Long Arm Statute, and Knight Specialty Insurance Company was served on or about December 15, 2020.

5.

This case was not initially removable because it was not facially apparent from the Petition for Damages that the amount in controversy exceeded $75,000, exclusive of interest and costs, as is required for removal under diversity of citizenship.  The Petition for Damages was silent, or at best, its allegations were vague and ambiguous, with respect to the amount in controversy.  See attached Exhibit "A".  There was no specific allegation as to whether the amount in controversy exceeded the sum of $75,000, exclusive of interest and costs, as is required by Article 893 of the Louisiana Code of Civil Procedure.

6.

On January 21, 2021, Defendant propounded Requests for Admissions to both Plaintiffs asking them to admit that the amount of damages that they are claiming is in excess of the jurisdictional amount required for federal diversity jurisdiction, that is $75,000, exclusive of interest and costs.

7.

On or about January 21, 2021, Defendants filed a Dilatory Exception of Vagueness, Ambiguity and Non-Conformity of Petition, seeking an Order that Plaintiffs amend their Petition for Damages to specifically allege whether their claims exceed the requisite amount to invoke the jurisdiction of the federal courts, as is required by Louisiana Code of Civil Procedure Article 893.

8.

On or about January 26, 2021, Plaintiff, Brittany Walters, served Responses to Defendants' Requests for Admissions, admitting that she was claiming damages in excess of $75,000, exclusive of interest and costs.  See attached Exhibit "B", Brittany Walters' Responses Requests for Admissions.

9.

On or about January 26, 2021, Plaintiff, Hunter Tullier, served Responses to Defendants' Requests for Admissions, admitting that he was claiming damages in excess of $75,000, exclusive of interest and costs.  See attached Exhibit "C", Hunter Tullier Responses Requests for Admissions.

10.

Based upon the Plaintiffs' Responses to Requests for Admissions, it is clear that the amount in controversy exceeds $75,000, exclusive of interest and costs.

11.

This removal is being filed within thirty (30) days of receipt of Plaintiffs' Responses to Requests for Admissions, which was the first paper from which it could be ascertained that the case was removable. Removal is therefore timely pursuant to 28 U.S.C § 1446(b)(3).

12.

Plaintiffs, Brittany Walters and Hunter Tullier, are both citizens of the State of Louisiana. See Exhibit "A".

13.

Defendant, Homero Gomez, is a citizen of the State of Texas. See Exhibit "A".

14.

Defendant, Forza Transportation Services, Inc. is a foreign corporation incorporated under the laws of the State of Texas and having its principal place of business in the State of Texas. See attached Exhibit "D", corporate information from Texas Secretary of State.

15.

Defendant, Knight Specialty Insurance Company, is a foreign insurance company incorporated under the laws of the State of Delaware and maintaining its principal place of business in the State of California. See attached Exhibit "E", information from the Louisiana Department of Insurance.

16.

Accordingly, there is complete diversity of citizenship between the Plaintiffs and all Defendants.  At this time, Plaintiffs have not named any other Defendants.

17.

In accordance with the foregoing, this is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332(a), and is one which may be removed to this Court pursuant to 28 U.S.C. § 1441, in that it is a civil action wherein the amount in controversy exceeds $75,000, exclusive of interest and costs, and is between citizens of different states.

18.

In accordance with 28 U.S.C. § 1446(d), Defendants will provide appropriate notice of this removal to the parties and to the Clerk of Court for the 21st Judicial District Court for the Parish of Livingston, State of Louisiana.

**JURY DEMAND**

Defendants are entitled to and request trial by jury on all issues herein.

**WHEREFORE**, Defendants, Homero Gomez, Forza Transportation Services, Inc., and Knight Specialty Insurance Company, pray that the action entitled *Brittany A. Walters and Hunter Tullier v. Homero D. Gomez, Forza Transportation Service and Knight Specialty Insurance Company* bearing docket number 1684040 and pending in the 21st Judicial District Court for the Parish of Livingston, State of Louisiana, be removed from

that state court docket to the United States District Court for the Middle District of Louisiana.

Respectfully submitted:
***Mouledoux, Bland, Legrand and Brackett, LLC***

*/s/ Gerard J. Dragna*

_____
**GERARD J. DRAGNA, #23042**
**C. MICHAEL PARKS, #19727**
**STEPHEN D. COLLINS, #30138**
701 Poydras Street, Suite 600
New Orleans, Louisiana 70139
Tel: (504) 595-3000; Fax: (504) 522-2121
Email: gdragna@mblb.com
Email: mparks@mblb.com
Email: scollins@mblb.com
***Attorneys for Homero Gomez, Forza Transportation Services, Inc. and Knight Specialty Insurance Company***

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been delivered to all counsel of record, either through the CM/ECF system, depositing a copy of same in the United States mail, first class postage prepaid, by hand delivery or by facsimile transmission, this 17th day of February, 2021, at their last known address of record.

*/s/ Gerard J. Dragna*
_____
**GERARD J. DRAGNA**

h:\1203\210002- walters\pleadings\removal\notice of removal.docx